# STATE OF MICHIGAN

# COURT OF APPEALS

---

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

MARK-ANTHONY DUANE ASHLEY,

        Defendant-Appellant.

UNPUBLISHED
March 22, 2018

No. 337424
Kent Circuit Court
LC No. 16-003636-FC

---

Before: O'CONNELL, P.J., and HOEKSTRA and SWARTZLE, JJ.

O'CONNELL, P.J., (*dissenting*).

    I respectfully dissent.

    For the reasons stated by the learned trial judge, I would affirm the trial court's decision in its entirety in this case.

                                   /s/ Peter D. O'Connell

-1-